JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
ZUMBA FITNESS, LLC

GREG LESTER   SBN 160084
Attorney at Law
410 W. Badillo Street, Suite C
Covina, CA 91723
Phone (626) 732-5800
Fax    (626) 732-5884

Attorney for Defendant
HECTOR DE ANDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUMBA FITNESS, LLC, | Case No.: CV11-02988 ODW (MANx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| HECTOR DE ANDA, et al., | |
| Defendant. | |

- 1 -
NOTICE OF SETTLEMENT

1  Plaintiff ZUMBA FITNESS, LLC ("Plaintiff"), through its counsel, and
2  Defendant HECTOR DE ANDA ("Defendant"), through his counsel, hereby give
3  notice to the Court that a settlement of this action, in its entirety, has been reached
4  between the parties. In order to finalize the terms of settlement, which contemplate
5  the filing of a Stipulation for Entry of Permanent Injunction as to Defendant, the
6  parties respectfully request that the Court give the parties thirty (30) days to
7  memorialize, circulate, and execute the necessary settlement documentation and to
8  file the contemplated Stipulation and [Proposed] Permanent Injunction with the
9  Court.

DATED: January 31, 2012         JOHNSON & PHAM, LLP

                                By: _____/s/_____
                                Marcus F. Chaney, Esq.
                                Attorneys for Plaintiff
                                ZUMBA FITNESS, LLC

DATED: January 31, 2012

                                By: _____/s/_____
                                Greg Lester, Esq.
                                Attorney for Defendant
                                HECTOR DE ANDA

- 2 -
NOTICE OF SETTLEMENT

1  Plaintiff ZUMBA FITNESS, LLC ("Plaintiff"), through its counsel, and
2  Defendant HECTOR DE ANDA ("Defendant"), through his counsel, hereby give
3  notice to the Court that a settlement of this action, in its entirety, has been reached
4  between the parties. In order to finalize the terms of settlement, which contemplate
5  the filing of a Stipulation for Entry of Permanent Injunction as to Defendant, the
6  parties respectfully request that the Court give the parties thirty (30) days to
7  memorialize, circulate, and execute the necessary settlement documentation and to
8  file the contemplated Stipulation and [Proposed] Permanent Injunction with the
9  Court.
10
11
12 DATED: January 31, 2012          JOHNSON & PHAM, LLP
13
14                                  By: _____
15                                  Marcus F. Chaney, Esq.
                                    Attorneys for Plaintiff
16                                  ZUMBA FITNESS, LLC
17
18 DATED: January 31, 2012
19
20                                  By: _____
21                                  Greg Lester, Esq.
                                    Attorney for Defendant
22                                  HECTOR DE ANDA
23
24
25
26
27
28

-2-
NOTICE OF SETTLEMENT

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham, LLP, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On January 31, 2012, I served the within document(s):

## NOTICE OF SETTLEMENT

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

Greg Lester, Esq.
410 W. Badillo Street, Suite C
Covina, CA 91723

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 31, 2012, at Los Angeles, California.

_____
Brett Ralston