1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

12
13

## CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| ZUMBA FITNESS, LLC, | Case No.: CV11-02988 ODW (MANx) |
| Plaintiff, | **PERMANENT INJUNCTION AGAINST DEFENDANT HECTOR DE ANDA** |
| v. | |
| HECTOR DE ANDA, et al., | |
| Defendants. | |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), between Plaintiff ZUMBA FITNESS, LLC ("Plaintiff"), on the one hand, and Defendant HECTOR DE ANDA ("Defendant"), on the other hand, hereby ORDERS that a permanent injunction shall be and hereby is entered in the above-referenced matter as follows:

    1. **PERMANENT INJUNCTION.** Defendant and any person or entity acting in concert with, or at the direction of him, including any and all agents,

servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, are hereby restrained and enjoined, pursuant to 15 U.S.C. § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any or all of the following activities in the United States and throughout the world:

    a.    copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing, or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's Zumba® and Zumba Fitness® copyrights, trademarks, or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Zumba® and Zumba Fitness® copyrights and trademarks, whether such use is as, on, in, or in connection with any copyright, trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based, or any other program, or any product or service, or otherwise;

    b.    performing or allowing others employed by or representing him, or under his control, to perform any act or thing that is likely to injure Plaintiff, any of Plaintiff's Zumba® and Zumba Fitness® copyrights and trademarks, or Plaintiff's business reputation or goodwill;

    c.    engaging in any acts of federal or state copyright infringement, trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; or

    d.    using any Internet domain name or website that includes any Plaintiff's trademarks, including the Zumba® and Zumba Fitness® marks.

    2.    Defendant is ordered to deliver immediately for destruction all unauthorized products, including counterfeit Zumba® and Zumba Fitness® products and related products, labels, signs, prints, packages, wrappers, receptacles, and advertisements relating thereto in his possession or under his

1 control bearing any of Plaintiff's intellectual property or any simulation,
2 reproduction, counterfeit, copy, or colorable imitations thereof, and all plates,
3 molds, heat transfers, screens, matrices and other means of making the same, to the
4 extent that any of these items are in Defendant's possession.

5     3.    This Permanent Injunction shall be deemed to have been served upon
6 Defendant at the time of its execution by the Court.

7     4.    The Court finds there is no just reason for delay in entering this
8 Permanent Injunction and, pursuant to Federal Rule of Civil Procedure 54(a), the
9 Court directs immediate entry of this Permanent Injunction against Defendant.

10     5.    **NO APPEALS AND CONTINUING JURISDICTION.** No
11 appeals shall be taken from this Permanent Injunction, and the parties waive all
12 rights to appeal. This Court expressly retains jurisdiction over this matter to
13 enforce any violation of the terms of this Permanent Injunction.

14     6.    **NO FEES AND COSTS.** Each party shall bear its own attorneys'
15 fees and costs incurred in this matter.

16 IT IS SO ORDERED.

17 March 1, 2012

_____
HON. OTIS D. WRIGHT II
United States District Judge for the Central
District of California